IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CARLOS CAREY,                    )
                                 )
     Plaintiff,                  )
                                 )
v.                               )   CASE NO. 2:16-CV-451-WKW
                                 )            [WO]
DIRECTOR OF I & I, *et al.*,     )
                                 )
     Defendants.                 )

## **ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal (Doc. # 32), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties. Accordingly, Plaintiff's Motion to Dismiss (Doc. # 34) is DENIED as moot.

The Clerk of the Court is DIRECTED to close this case.

DONE this 29th day of June, 2017.

                                                     /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE